**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03406-GPG

ELMER LEE CROSS, JR.,

    Plaintiff,

v.

SHERIFF'S DEPUTY J. JACKMAN,
SHERIFF'S DEPUTY PADILLA,
SHERIFF'S DEPUTY FRANKS,
UNNAMED AFRICAN AMERICAN SARGENT (works overnight shift in medical), and
CAT METZGER, Patient advocate Denver Health Hospital),

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On December 22, 2014, the Court entered an Order Directing Plaintiff to Cure Deficiencies if he wished to pursue any claims in this action. Plaintiff has subsequently filed numerous letters and motions with the Court making multiple requests. (*See* ECF Nos. 4-8). However, none of the letters and motions comply with the Court's orders.

    Plaintiff shall have **up to and including February 10, 2015** to comply with the Court's December 22 Order by submitting a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper form and a certified copy of his trust fund statement for the six-month period immediately preceding the filing of his Prisoner Complaint. Plaintiff is advised that this is his final opportunity to comply with the Court's orders. No further extensions will be granted. Failure to comply within the time allowed will result in dismissal of this action without further notice.

    The Clerk of the Court also is directed to send to Plaintiff a copy of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to § 1915.

    Plaintiff's numerous requests for miscellaneous court orders (ECF Nos. 4-8) are denied as premature.

    Finally, Plaintiff is delaying the progress of his case by filing unnecessary letters and motions. Plaintiff is directed to cease filing unnecessary papers that only delay the progress of this case. The Court may not respond to any such papers Plaintiff files in the future. In order to pursue his claims in this case, Plaintiff must comply with the December 22 Order Directing Plaintiff to Cure Deficiencies.

Dated:  January 7, 2015